**GARY L. EDWARDS** (SBN 55035)
Attorney at Law
64455 Avenida Cresta
La Jolla, California 92037
Tel: (858) 456-4403

Attorney for Defendant
**JOSE ALFREDO DIAZ-DELGADO**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE ALFREDO DIAZ-DELGADO**,<br><br>Defendant. | Case No. 08cr0513-L<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) COMPEL DISCOVERY AND PRESERVE EVIDENCE**<br><br>**Date: May 12, 2008**<br>**Time: 2:00 p.m.** |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND MICHELLE PETTIT, THE ASSISTANT UNITED STATES ATTORNEY**

**PLEASE TAKE NOTICE**, that on **May 12, 2008 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, defendant, JOSE ALFREDO DIAZ-DELGADO, by and through his attorney, GARY L. EDWARDS, will ask this Court to enter an order granting the motions listed below.

/ / / / /

/ / / / /

**MOTIONS**

Pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case laws and local rules, defendant hereby moves this court for an order:

1. To compel discovery and preserve evidence.

These motions are based upon the instant motions and notice of motions, and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this court's attention prior to or at the time of the hearing on these motions.

Respectfully submitted,

Dated: April 24, 2008

/S/ GARY L. EDWARDS
GARY L. EDWARDS
Attorney for Defendant
JOSE ALFREDO DIAZ-DELGADO