**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

**NOTICE OF DOCUMENT DISCREPANCIES**

08 MAY -8 AM 11:20 *This space for Clerk's Office File Stamp*

CLERK, U.S. DISTRICT ... SOUTHERN DISTRICT OF CALIF...

BY: DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Lorenz

FROM: J. Paris, Deputy Clerk RECEIVED DATE: 4/25/08

CASE NO.: 08cr513 DOCUMENT FILED BY: Jose Alfredo Diaz-Delgado

CASE TITLE: USA v. Diaz-Delgado

DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Ex Parte Communication is forbidden |

**Date forwarded:** 4/25/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. Please forward copy to counsel.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Lorenz

Dated: 5/7/08 By: [signature]

cc: All Parties

**REJECTED**

"Case # 08CR513"

April 22-08

With all due respect Judge Mayer,

The reason i write you this letter, is because i have a small problem with my lawyer a Mr Gary L Edwards it was my understanding in your court room on March 18 you would not except my guilty plea for illigal re-entry, on facts that it did not apply to me, You orderd a motion with a Judge Lorenzon for him to find any reason on the charges applying to me.

I spoke with my lawyer a Mr Gary L Edwards about this, and he claims i did not understand and there was a missunderstanding on the dates, i was deported.

Now we went before a Judge Loranzon for a guilty plea and a sentencing! After you pointed out i was going to this motion to see if the charges of reentry applyed to me, then i was to return back in your courtroom! for a guilty plea

Mrs Judge Mayer i am asking please help me to understand if i have made an error on my part about your orders in court! Or is it that my lawyer a Mr Edwar maybe going about this in a different direction, or he may be right.

Thank you for your time and help...

Respectfully Submitted
Diaz-Delgado, Jose Alfredo
#07062298

P.S.
Till this date i have not been found guilty or sentence I am to return before a Judge Loranzo - to plea guilty on May 14 of 2008.