AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY smw DEPUTY

UNITED STATES OF AMERICA

v.

JOSE ALFREDO DIAZ-DELGADO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0513-L

I, JOSE ALFREDO DIAZ-DELGADO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 5/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Diaz Delgado Jose A.
Defendant

Gary Edwards
Counsel for Defendant

Before M. James Lorenz
JUDICIAL OFFICER